No. 99–9817. TERIO v. PUTNAM COUNTY HOUSING CORP. C. A. 2d Cir. Certiorari denied.

No. 99–9818. HOWE v. BRIGANO, WARDEN, ET AL. C. A. 6th Cir. Certiorari denied. 

No. 99–9819. FLORES v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 99–9823. GREEN v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 99–9824. FOSTER v. PAWLOSKI ET AL. C. A. 8th Cir. Certiorari denied.

No. 99–9825. HOLLOWAY v. MASSEY. C. A. 5th Cir. Certiorari denied. 

No. 99–9826. GIBBS v. KEMNA, SUPERINTENDENT, CROSSROADS CORRECTIONAL CENTER, ET AL. C. A. 8th Cir. Certiorari denied. 

No. 99–9827. EVANS v. COWAN, WARDEN, ET AL. App. Ct. Ill., 5th Dist. Certiorari denied. 

No. 99–9830. MAY v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 99–9831. OWENS v. TENNESSEE. Ct. Crim. App. Tenn. Certiorari denied. 

No. 99–9832. TAI VAN NGUYEN v. GUNDY, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 99–9833. WILLIS v. LINDSEY, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 99–9836. DANGER v. UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 99–9837. DONNELL v. DORMIRE, SUPERINTENDENT, JEFFERSON CITY CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.